UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLARENCE TYRONE STEWART, JR.

VERSUS

ROBERT PENN

CIVIL ACTION

NO. 12-771-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 25, 2013 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint is DISMISSED, without prejudice, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, March 21, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA